| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Steele, William H | 2. Court or Organization US District-So. Dist. Of AL | 3. Date of Report 06/02/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) US District Judge-Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final | 6. Reporting Period 01/01/2005 to 12/31/2005 |
| | 5b. ☐ Amended Report | |
| 7. Chambers or Office Address 113 St. Joseph Street Mobile AL 36602 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 JUN 12 P 3: 44 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, William H | 06/02/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12-31-05 | Church Reader Fees | $ 270 |
| 2. 12/31/05 | Musician Fees | $ 875 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 12-31-05 | City of Mobile, Alabama - Salary |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, William H | 06/02/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Navy Federal Credit Union | Auto loan | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, William H | 06/02/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AmSouth Bank Account | A | Interest | K | T | | | | | |
| 2. Fidelity Puritan | A | Dividend | J | T | | | | | |
| 3. Public Employees Benefit Service Co. | D | Dividend | M | T | Buy | 12/31 | J | | |
| 4. *AG Edwards (IRA) | | None | J | T | | | | | |
| 5. - SunAmerica Blue Chip Fund Class B | | | | | | | | | |
| 6. - Resources Accrued Mortgage Limited Partnership | | | | | | | | | |
| 7. - Putnam International New Opportunities | | | | | | | | | |
| 8. - Grey Wolf Inc | | | | | | | | | |
| 9. *Legg Mason (IRA) | B | Dividend | L | T | | | | | |
| 10. - Alliance Bernstein Class A | | | | | | | | | |
| 11. - Alliance Technology | | | | | | | | | |
| 12. - John Hancock Regional Bank | | | | | | | | | |
| 13. - Alliance Real Estate Investment Fund | | | | | | | | | |
| 14. - Jennison Blend Fund Class A | | | | | | | | | |
| 15. AMCAP Fund | B | Dividend | L | T | | | | | |
| 16. Putnam Voyager | A | Dividend | K | T | | | | | |
| 17. Templeton Foreign | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, William H | 06/02/2006 |

## VII. INVESTMENTS and TRUSTS *—income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.  Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. John Hancock Financial Industries | A | Dividend | J | T | | | | | |
| 19. Mutual Shares (TESIX) | B | Dividend | K | T | | | | | |
| 20. Alliance Large Capital Growth | | None | J | T | | | | | |
| 21. Hewlett-Packard (previously Compaq Computer Corp.) | A | Dividend | J | T | Sell | 12/19 | J | A | |
| 22. Putnam Allstate Advisor (Annuity) | | None | N | T | | | | | |
| 23. Gulf Coast Federal Credit Union | A | Interest | J | T | | | | | |
| 24. Steele Enterprises LLC | | None | M | U | | | | | |
| 25. Putnam FD for Growth & Income | B | Dividend | K | T | | | | | |
| 26. Putnam Mid Cap Value Fund | C | Dividend | K | T | | | | | |
| 27. Putnam Small Cap Growth | A | Dividend | J | T | | | | | |
| 28. Fidelity Adv Emerging Markets Income Fund | B | Dividend | K | T | | | | | |
| 29. PIMCO High Income Fund | B | Dividend | J | T | Sell | 12/19 | J | A | |
| 30. *AG Edwards IRA (FBO) | | | | | | | | | |
| 31. -AT&T Corp. | | | | | Sell | 8/08 | J | A | |
| 32. -AT&T Wireless | | | | | Merger | | | | |
| 33. -CML Group | | | | | Sell | 8/08 | J | A | |
| 34. -Comcast Corp. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, William H | 06/02/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Enterasys Networks Inc. | | | | | Sell | 8/08 | J | A | |
| 36. -Riverstone Networks Inc | | | | | Sell | 8/08 | J | A | |
| 37. -FT E-Business Portfolio | | | | | Redemption | 3/17 | K | A | |
| 38. -AIM Funds Group-Aggressive | | | | | | | | | |
| 39. -AIM Funds Group-Premier Eq. | | | | | | | | | |
| 40. -Putnam Intl. New Opportunities | | | | | | | | | |
| 41. -Putnam New Opportunities | | | | | | | | | |
| 42. -Putnam Vista Fund | | | | | | | | | |
| 43. -Putnam Voyager Fund | | | | | | | | | |
| 44. -FT Biotechnology Growth | | | | | Reorg. | 7/20 | K | A | |
| 45. -Euro Pacific Growth | | None | J | T | Buy | 8/03 | J | | |
| 46. -Euro Pacific Growth | | None | J | T | Transfer out | 12/05 | J | A | |
| 47. -Growth Fund of America | | None | K | T | Buy | 8/03 | K | | |
| 48. Centennial Money Market | A | Interest | J | T | | | | | |
| 49. ADC Telecommunications | | None | | | Sell | 6/17 | J | A | |
| 50. Atmel Corp. | | None | | | Sell | 8/03 | J | A | |
| 51. Cisco Systems | | None | | | Sell | 12/19 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, William H | 06/02/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. EMC Corp. | | None | J | T | | | | | |
| 53. Intel Corp. | A | Dividend | J | T | | | | | |
| 54. Nokia Corp. | A | Dividend | J | T | | | | | |
| 55. Sun Microsystems | | None | | | Sell | 8/03 | J | A | |
| 56. Tellabs | | None | | | Sell | 8/03 | J | A | |
| 57. Time Warner | A | Dividend | K | T | | | | | |
| 58. Flextronics Intl. Ltd. | | None | | | Sell | 12/19 | J | A | |
| 59. VK Morgan Stanley High Tech | A | Dividend | | | Sell | 4/20 | J | A | |
| 60. AIM Funds Group-Premier Eq. | | None | | | Sell | 5/03 | J | A | |
| 61. Putnam Mid Cap Value Fund | | None | | | Sell | 5/03 | L | A | |
| 62. Putnam New Opportunities | | None | | | Sell | 5/03 | J | A | |
| 63. Campbell Strategic Allocation Fund | | None | M | T | | | | | |
| 64. Europacific Growth Fund | B | Dividend | K | T | Transfer in | 12/05 | J | | |
| 65. Fundamental Investors Inc. | A | Dividend | L | T | | | | | |
| 66. Growth Fund of America | B | Dividend | L | T | | | | | |
| 67. New Economy Fund | A | Dividend | K | T | | | | | |
| 68. Smallcap World Fund Inc. | A | Dividend | J | T | Sell | 5/03 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, William H | 06/02/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Washington Mutual | | None | K | T | Buy | 12/19 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000.001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, William H | 06/02/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII.1 (prior year)- Growth Fund of America. This investment information is now combined with line #66.

VII.3 - Additional shares were purchased in 2005.

VII.6 - Appraisal date 12/31/05.

VII.10 - Name change only from Alliance Premier Growth.

VII.14 - Name change only from Strategic Partners Equity.

VII.20 - Name change only from Alliance Premier Growth.

VII.24 - It is not anticipated that any income will be derived from the LLC. All income will be realized by the manager.

VII.28 (prior year) - AOL Time Warner. This investment information is now combined with line #57.

VII.32 - Merged with Cingular. See line 34.

VII.37 - Scheduled termination of security.

VII.44 - Reorganization resulted in distribution.

VII.46 - Europacific Growth. Mandatory IRA (FBO) distribution of stock resulted in transfer of investment to non-IRA account (see line 64).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date  6/5/06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544